

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 50380 | **DATE** | 11/13/2002 |
| **CASE TITLE** | U.S.A. vs. Buchanan | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Buchanan's motion for leave to file section 2255 motion out of time

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  For the reasons stated on the reverse Memorandum Opinion and Order, Buchanan's motion for leave to file § 2255 motion out of time is denied. Buchanan's motion to vacate under 28 U.S.C. § 2255 is therefore denied as time-barred.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✗ | Notices mailed by judge's staff. | | NOV 13 2002 | |
| | Notified counsel by telephone. | | date docketed | 8 |
| | Docketing to mail notices. | | | |
| ✗ | Mail AO 450 form. | | docketing deputy initials | |
| ✗ | Copy to judge/magistrate judge. | | 11-13-02 | |
| /LC | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# United States District Court
## Northern District of Illinois
### Western Division

| | |
|---|---|
| United States of America | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 02 C 50380 |
| Milton Buchanan | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Buchanan's motion for leave to file § 2255 motion out of time is denied. Buchanan's motion to vacate under 28 U.S. C. § 2255 is therefore denied as time-barred.

Michael W. Dobbins, Clerk of Court

Date: 11/13/2002

Susan M. Wessman, Deputy Clerk